United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KLINTON MICHAEL KING,                    No. C-12-5140 TEH (PR)

        Petitioner,               ORDER DENYING PETITIONER'S
                        REQUEST FOR APPOINTMENT OF
        v.                       COUNSEL

L.S. McEWEN, Warden,                     Doc. #3

        Respondent.

_____/

On October 3, 2012, Petitioner filed this pro se
petition for a writ of habeas corpus on October 3, 2012.
Petitioner requests that the Court appoint counsel to assist
him in preparing his traverse (Doc. #3).

Petitioner's request for appointment of counsel is
DENIED.  The Sixth Amendment right to counsel does not apply
in habeas corpus actions.  Knaubert v. Goldsmith, 791 F.2d
722, 728 (9th Cir. 1986).  The district court may appoint
counsel to represent a habeas petitioner if "the court
determines that the interests of justice so require . . ."  18
U.S.C. § 3006A(a)(2)(B).  Unless an evidentiary hearing is
required, the decision to appoint counsel is within the
discretion of the district court.  Bashor v. Risley, 730 F.2d

1228, 1234 (9th Cir.1984); Rule 8(c), 28 U.S.C. foll. § 2254.
Petitioner has not demonstrated how justice requires
appointment of counsel.

Further, at this stage of the proceedings, the Court
is not in a position to determine whether an evidentiary
hearing will be required.  If, during its review of the merits
of the petition, the Court determines that further fact-
finding is required, the Court will decide whether to hold an
evidentiary hearing or whether the facts can be gathered by
way of mechanisms short of an evidentiary hearing, such as
supplementation of the record with sworn declarations from the
pertinent witnesses.  See Downs v. Hoyt, 232 F.3d 1031, 1041
(9th Cir. 2000).

Therefore, Petitioner's request for counsel is
denied.  Should the circumstances change at a later stage of
the litigation, the Court will reconsider this decision on its
own initiative.

IT IS SO ORDERED.

DATED    _11/05/2012_                _____

THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\HC.12\King 12-5140-deny-counsel.wpd

United States District Court

For the Northern District of California

2