IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KLINTON MICHAEL KING,**<br><br>                              Petitioner,<br><br>       v.<br><br>**L.S. McEWEN, Warden,**<br><br>                              Respondent. | Case No. C-12-5140 TEH (PR)<br><br>**[PROPOSED]** ORDER |

   IT IS HEREBY ORDERED that the time within which respondent is to respond to the Order to Show Cause filed by this Court on November 6, 2012, will be extended to April 22, 2013.  Petitioner's traverse, if any, shall be filed and served within 30 days of service of the answer.

Dated:  03/18/2013

_____
The Hon. Thelton E. Henderson

1

[Proposed] Order (C-12-5140 TEH (PR))