IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KLINTON MICHAEL KING,

    Petitioner,

v.

L.S. McEWEN, Warden,

    Respondent.

No. C-12-5140 TEH (PR)

ORDER FOR RESPONDENT TO RE-SEND RESPONSE AND EXHIBITS TO PETITIONER

Petitioner, a state prisoner incarcerated at California State Prison in Lancaster, California, has filed a pro se Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 challenging a judgment of conviction from Lake County Superior Court. Doc. #1. On July 18, 2013, the Court issued an Order for Respondent to show cause why the petition should not be granted. Doc. #16. On September 10, 2013, Respondent filed his answer to the show cause order and exhibits in support of the answer. Petitioner's traverse was due on October 21, 2013. That date has passed, but Petitioner has not filed the traverse.

The Court notes that, on September 13, 2013, Petitioner filed a notice that his address had changed from "C-1" to "C-4." However, Respondent sent his response to Petitioner at "C-1." This

may be the reason Petitioner has failed to file his traverse on time. Therefore, Respondent is direct to re-send his response and supporting exhibits to Petitioner at his current address and to enter the re-mailing on the case docket. Petitioner must file his traverse within twenty-eight days of receipt of the response.

IT IS SO ORDERED.

DATED *10/24/2013*

**THELTON E. HENDERSON**
**United States District Judge**

G:\PRO-SE\TEH\HC.12\King 12-5140-Re-send Response.wpd